# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD, <br><br> Plaintiff, <br><br> v. <br><br> TROPICAL SMOOTHIE CAFE, LLC; and TSC-GA, LLC, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> MCGRIFF, SEIBELS & WILLIAMS OF GEORGIA, INC., <br><br> Third-Party Defendant. | Civil Action File No.: <br> 1:16-cv-04162-ODE |

## THIRD-PARTY DEFENDANT MCGRIFF, SEIBELS & WILLIAMS OF GEORGIA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, McGriff, Seibels & Williams of Georgia, Inc. ("McGriff") makes the following disclosures:

**1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

a) <u>**Plaintiff:**</u> Sentinel Insurance Company, Ltd., a Connecticut Corporation, is a wholly-owned subsidiary of The Hartford Financial Services, Group, Inc., a Delaware corporation.  The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.

b) <u>**Defendants/Third-Party Plaintiffs:**</u> Tropical Smoothie Café, LLC and TSC-GA, LLC are Georgia limited liability companies.  TSC-GA, LLC is a wholly-owned subsidiary of Tropical Smoothie Café, LLC.  The following entities own more than 10% of Tropical Smoothie Café, LLC: (a) BIP – TSC Equity, LLC; (b) BIP – TSC Equity II, LLC; and (c) Tropical Smoothie Franchise Development Corporation.

c) <u>**Third-Party Defendant:**</u> McGriff, Seibels & Williams of Georgia, Inc. is a wholly-owned subsidiary of McGriff, Seibels & Williams, Inc., which is a wholly-owned subsidiary of BB&T Insurance Holdings, Inc.  BB&T Insurance Holdings, Inc. is a wholly-owned subsidiary of Branch Banking & Trust Company, which is a wholly-owned subsidiary of BB&T Corporation.  BB&T Corporation is

a publicly-traded company, and no publicly-traded corporation owns more than 10% of BB&T Corporation's stock.

**2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

At this time, apart from the named parties and their counsel, undersigned counsel is aware of no other persons, associations, firms, partnerships, or corporations that have either a financial interest or other interest which could be substantially affected by the outcome of this particular case.

**3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

a) <u>Plaintiff:</u>

Michael H. Schroder, Esq.
Christy M. Maple, Esq.
Swift Currie McGhee & Hiers, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800

Lee H. Ogburn, Esq.
Ezra S. Gollogly, Esq.
Kramon & Graham, P.A.
One South Street
Baltimore, MD 21202

b) **Defendants/Third-Party Plaintiffs:**

Henry D. Fellows, Jr., Esq.
Shattuck Ely, Esq.
Michael A. Gretchen, Esq.
Fellows LaBriola, LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, GA 30303

c) **Third-Party Defendant:**

Julie A. Lierly, Esq.
John P. Jett, Esq.
Ava J. Conger, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 2800, 1100 Peachtree Street
Atlanta, Georgia  30309
Telephone (404) 815-6500
Facsimile   (404) 815-6555

Respectfully submitted, this 9th day of May, 2017.

/s/ Ava J. Conger
Julie A. Lierly
Georgia Bar No. 452081
John P. Jett
Georgia Bar No. 827033
Ava J. Conger
Georgia Bar No. 676247

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jlierly@kilpatricktownsend.com
jjett@kilpatricktownsend.com
aconger@kilpatricktownsend.com

*Counsel for Third-Party Defendant*

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  May 9, 2017.

>  /s/ Ava J. Conger
>  Ava J. Conger

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017, I electronically filed the foregoing THIRD-PARTY DEFENDANT MCGRIFF, SEIBELS & WILLIAMS OF GEORGIA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Michael H. Schroder | Henry D. Fellows, Esq. |
| mike.schroder@swiftcurrie.com | hfellows@fellab.com |
| Christy M. Maple | Shattuck Ely, Esq. |
| christy.maple@swiftcurrie.com | tely@fellab.com |
| | Michael Gretchen, Esq. |
| Lee H. Ogburn, Esq. | mgretchen@fellab.com |
| logburn@kg-law.com | |
| Ezra S. Gollogly, Esq. | |
| egollogly@kg-law.com | |

| | |
|---|---|
| | /s/ Ava J. Conger |
| KILPATRICK TOWNSEND & STOCKTON LLP | Julie A. Lierly |
| | Georgia Bar No. 452081 |
| 1100 Peachtree Street, Suite 2800 | John P. Jett |
| Atlanta, Georgia 30309 | Georgia Bar No. 827033 |
| (404) 815-6500 | Ava J. Conger |
| (404) 815-6555 (facsimile) | Georgia Bar No. 676247 |
| jlierly@kilpatricktownsend.com | |
| jjett@kilpatrickstockton.com | |
| aconger@kilpatricktownsend.com | Counsel for Third-Party Defendant |