## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD, <br><br>     Plaintiff, <br><br>v. <br><br>TROPICAL SMOOTHIE CAFE, LLC; and TSC-GA, LLC, <br><br>     Defendants/Third-Party Plaintiffs, <br><br>v. <br><br>MCGRIFF, SEIBELS & WILLIAMS OF GEORGIA, INC., <br><br>     Third-Party Defendant. | Civil Action File No.: <br> 1:16-cv-04162-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I served a copy of THIRD-PARTY

DEFENDANT'S INITIAL DISCLOSURES by depositing a copy in the U.S. Mail,

first class postage prepaid, as follows:

Michael H. Schroder
Christy M. Maple
Swift Currie McGhee & Hiers, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309

Lee H. Ogburn, Esq.
Ezra S. Gollogly, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

*Counsel for Plaintiff*

Henry D. Fellows, Esq.
Shattuck Ely, Esq.
Michael Gretchen, Esq.
Fellows LaBriola, LLP
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, NE
Atlanta, Georgia 30303

*Counsel for Defendants/Third-Party Plaintiffs*

/s/ Ava J. Conger
Ava J. Conger

*Counsel for Third-Party Defendant*